UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-710 DWF/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATTI REYNOLDS, a/k/a<br>PATTI OLSON,<br><br>Defendant,<br><br>VERNON JOHN QUIRAM and<br>KARAN ANNE THIELE,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The property in which the rental income was to be garnished is no longer owned by the defendant. See letter and a copy of the warranty deed, attached to this order.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on December 17, 2003, is hereby released.

Dated: 1/8/04

Magistrate Judge
United States District Court

JAN 08 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

T.A. Mayberry Realty
Phone 507-375-3171
Fax 507-375-5400
119 South Seventh Street
St. James, Minnesota 56081

REALTOR®

December 23, 2003

Karen Thiele
1205 8th Avenue North
St. James, MN 56081

Dear Karen:

This is a follow up from you call in regard to the home that you are renting.

I am enclosing a copy of a Warranty Deed dated August 22, 2003. This signs the home from Patty Olson/ Treitline to myself.

Hopefully this will take care of the concerns that you have. Give me a call if you have any other questions. Thank you very much.

Yours truly,

Tom Mayberry
Mayberry Realty

TAM:kh

Enclosure

Cc

1-M – WARRANTY DEED Minnesota Uniform Conveyancing Blanks (6/1/97) Miller/Davis Co. St. Paul, MN 651-642-1988

Individual(s) to Individuals(s)

No delinquent taxes and transfer entered; Certificate of Real Estate Value ( X ) filed ( ) not required Certificate of Real Estate Value No. 3006

August 22, 2003
(Date)

Donald Kuhlman
County Auditor

by Jeanne Burke
Deputy

20.326.0610

01 X
194698

WATONWAN COUNTY, MN
JOY SING
RECORDER

IMAGED

RECORDED ON
08-22-2003 10:20:01 A

REC. FEE: 20.00
PAGES: 1

Joy Sing
COUNTY RECORDER

Pd
MR 242

(reserved for recording data)

DEED TAX DUE: $ 82.50

Date: Aug 22 2003

FOR VALUABLE CONSIDERATION, Twenty-five Thousand and no/100 ($25,000.00) Dollars; Kenneth R. Treitline, a/k/a Kenneth Treitline and Patti Olson-Treitline, a/k/a Patti Olson, husband and wife
(marital status)

Grantor, hereby conveys and warrants to Thomas A. Mayberry

Grantee, real property in Watonwan County, Minnesota, described as follows:

**Lots Sixteen (16) and Seventeen (17), Block Three (3), Highland Park Addition, City of St. James, Watonwan County, Minnesota.**

together with all hereditaments and appurtenances belonging thereto, subject to the following exceptions:

Check box if applicable:

- [x] The Seller certifies that the seller does not know of any wells on the described real property.
- [ ] A well disclosure certificate accompanies this document.
- [ ] I am familiar with the property described in this instrument and I certify that the status and number of wells on the described real property have not changed since the last previously filed well disclosure certificate.

Kenneth R. Treitline
Kenneth R. Treitline, a/k/a Kenneth Treitline

Patti Olson-Treitline
Patti Olson-Treitline, a/k/a Patti Olson

Affix Deed Tax Stamp Here

STATE OF MINNESOTA
COUNTY OF WATONWAN } ss.

This instrument was acknowledged before me on Aug 22 2003
Date

by Kenneth R. Treitline, a/k/a Kenneth Treitline and Patti Olson-Treitline, a/k/a Patti Olson, husband and wife

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK)

GARY L STURM
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2005

Gary L. Sturm
SIGNATURE OF NOTARY PUBLIC OR OTHER OFFICIAL

Check here if part or all of the land is Registered (Torrens) [ ]

Tax Statements for the real property described in this instrument should be sent to (include name and address of Grantee):

Thomas A. Mayberry
119 South 7th Street
St. James, MN 56081

8/22 2003 No. 355
Dead Transfer Tax of $ 82.50
Exempt From Deed Transfer Tax
Watonwan County
Carol Johnson
Carol Johnson, County Treasurer

THIS INSTRUMENT WAS DRAFTED BY (NAME AND ADDRESS):

Jan M. Zender
SUNDE, OLSON, KIRCHER AND ZENDER
108 Armstrong Blvd. South
P.O. Box 506
St. James, MN 56081-
507-375-3352
169493

WATONWAN COUNTY RECORDER
WELL CERTIFICATE RECEIVED [ ]
WELL CERTIFICATE STATING NO WELL ON PROPERTY [ ]
WELL CERTIFICATE NOT REQUIRED [x]

WARNING: UNAUTHORIZED COPYING OF THIS FORM PROHIBITED.